No. 411, Misc. HOARD v. DUTTON, ACTING WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 412, Misc. DAUGHTRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.

No. 415, Misc. GALLAGHER v. QUINN ET AL. C. A. D. C. Cir. Certiorari denied. *John W. Cragun* and *Richard A. Baenen* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, Morton Hollander* and *Richard S. Salzman* for respondents.

No. 416, Misc. RODGERS v. EYMAN, WARDEN, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 419, Misc. GREENWAY v. UNITED STATES. Ct. Cl. Certiorari denied. *Edgar Parke Reese* for petitioner. *Solicitor General Marshall* for the United States.

No. 420, Misc. WILLIAMS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 421, Misc. LANDMAN v. PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 422, Misc. PEARLMAN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 423, Misc. KEY. v. PRESTON, JAIL SUPERINTEND-ENT. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Milton D. Korman, Hubert B. Pair* and *David P. Sutton* for respondent.